UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Alma Marie Campbell Basquez,   Case No. 3:21-cv-1777

   Plaintiff,

v.   MEMORANDUM OPINION
AND ORDER

Commissioner of Social Security,

   Defendant.

Before me is the Report and Recommendation ("R & R") of Magistrate Judge Carmen E. Henderson filed on July 20, 2022. (Doc. No. 14). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell*, 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

Following review of Judge Henderson's R & R, I adopt it in its entirety as the Order of the Court. Judge Henderson correctly concluded that the ALJ considered the proper evidence when assessing Plaintiff's migraines. Further, I agree the ALJ's residual functional capacity ("RFC") determination is supported by substantial evidence. Therefore, I affirm the Commissioner's decision, as recommended by Judge Henderson.

So Ordered.

              s/ Jeffrey J. Helmick
              United States District Judge